IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00829-CMA-MJW

NANCY M. MARESH,

    Plaintiff,

v.

INSIGHT FINANCIAL CORPORATION,
DAVID H. SCHELL, Individually and in his corporate capacity,
TERESA LOPEZ, in her corporate capacity at Spirit Money Mortgage,
WASHINGTON MUTUAL BANK, F.A.,
JP MORGAN CHASE BANK, N.A., f/k/a Washington Mutual Bank,
JAMIE DIMON, Individually and in his corporate capacity,
HUSCH BLACKWELL, LLP, ET AL,
MICHAEL SMITH, Individually and in his corporate capacity,
THE CASTLE LAW GROUP, LLC, ET AL, f/k/a Castle Stawiarski, LLC,
DEANNE WESTFALL, Individually and in her corporate capacity,
THE HOPP LAW FIRM, LLC, ET AL,
ROBERT J. HOPP & ASSOCIATES, LLC, ET AL,
ROBERT J. HOPP, Individually and in his corporate capacity,
BOULDER COUNTY PUBLIC TRUSTEE, ET AL,
RICHARD GEBHARDT, Individually,
COLIN ZIMMERMAN, Individually and in his corporate capacity as Deputy Trustee,
JOHN AND JANE DOES 1-1000,

    Defendants.

---

## ORDER OF RECUSAL

---

By Notice of Disclosure (Doc. # 5), issued April 9, 2013, the undersigned notified the parties in this matter of her various business associations with JP Morgan Chase Bank, which is listed as one of the above-named Defendants. On April 18, 2013,

Plaintiff timely filed a request for the undersigned to recuse herself based on said Notice of Disclosure (*see* Doc. # 7).

Based on Plaintiff's concerns, and her business relationships with JP Morgan Chase Bank, the undersigned believes that she should recuse herself. It is, therefore,

ORDERED that Plaintiff's Motion to Disqualify (Doc. # 7) is GRANTED as to the disqualification of the undersigned. It is

FURTHER ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

DATED: April __23__, 2013

BY THE COURT:

*[signature: Christine M Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge