IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  13-cv-00829-WJM-MJW

NANCY M.  MARESH,

Plaintiff,

v.

INSIGHT FINANCIAL CORPORATION,
DAVID H. SCHELL, Individually and in his corporate capacity,
TERESA LOPEZ, in her corporate capacity at Spirit Money Mortgage,
WASHINGTON MUTUAL BANK, F.A.,
JPMORGAN CHASE BANK N.A., formerly Washington Mutual Bank,
JPMORGAN CHASE & CO.,
JAMIE DIMON, individually and in his corporate capacity,
HUSCH BLACKWELL, LLP, ET AL,
MICHAEL SMITH, individually and in his corporate capacity,
THE CASTLE LAW GROUP, LLC ET AL, formerly Castle Stawiarski, LLC,
DEANNE WESTFALL,  individually and in her corporate capacity,
THE HOPP LAW FIRM, LLC, ET AL,
ROBERT J. HOPP & ASSOCIATES, LLC, ET AL,
ROBERT J. HOPP, individually and in his corporate capacity,
BOULDER COUNTY PUBLIC TRUSTEE, ET AL,
RICHARD GEBHARDT, individually,
COLIN ZIMMERMAN, individually and in his corporate capacity as Deputy Trustee, and
JOHN AND JANE DOES 1-1000,

Defendants.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF

     The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to Magistrate Judge (Docket No. 4), entered by Judge Christine M. Arguello on April 8, 2013.  On April 23, 2013, this case was reassigned to Judge William J. Martinez.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> August 13, 2013,
> at 3:30 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Plaintiff shall appear in person for this Status Conference. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that plaintiff shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

      Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

      Done and signed this 21st Day of June, 2013.

                        BY THE COURT:

                        <u>s/Michael J. Watanabe</u>
                        MICHAEL J. WATANABE
                        United States Magistrate Judge