IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 13-cv-00829-WJM-MJW

NANCY M. MARESH,

Plaintiff,

v.

WASHINGTON MUTUAL BANK, F.A.,
JPMORGAN CHASE BANK N.A.,
JPMORGAN CHASE & CO.,
THE HOPP LAW FIRM, LLC,
ROBERT J. HOPP & ASSOCIATES, LLC,
ROBERT J. HOPP, individually & corporate capacity,
THE CASTLE LAW GROUP, LLC,
LARRY CASTLE, individually & corporate capacity,
HUSCH BLACKWELL, LLP,
MARK BELL, corporate & individually,
THE BOULDER COUNTY PUBLIC TRUSTEE,
COLIN ZIMMERMAN, corporate capacity as deputy trustee & individually, and
JOHN AND JANE DOES 1-100,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' [sic] Motion to Stay (Docket No. 69) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A. D.C.COLO.LCivR 7.1A states that the court will not consider any motion "unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule."  The court finds that plaintiff has failed to comply with this requirement.

Date: September 9, 2013