**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  13-cv-00829-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   September 24, 2013 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| NANCY M. MARESH, | *Pro Se* |
| Plaintiff(s), | |
| v. | |
| WASHINGTON MUTUAL BANK, F.A., | John H. Bernstein |
| JPMORGAN CHASE BANK N.A., | Adam L. Hirsch |
| JPMORGAN CHASE & CO., | Christopher T. Groen |
| THE HOPP LAW FIRM, LLC, | Michael H. Berger |
| ROBERT J. HOPP & ASSOCIATES, LLC, | Andrew W. Myers |
| ROBERT J. HOPP, individually & corporate capacity, | |
| THE CASTLE LAW GROUP, LLC, | |
| LARRY CASTLE, individually & corporate capacity, | |
| HUSCH BLACKWELL, LLP, | |
| MARK BELL, corporate & individually, | |
| THE BOULDER COUNTY PUBLIC TRUSTEE, | |
| COLIN ZIMMERMAN, corporate capacity as deputy trustee & individually, and | |
| JOHN AND JANE DOES 1-100, | |
| Defendant(s). | |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   MOTION   HEARING / SHOW CAUSE HEARING
**Court in Session:**   2:31 p.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

It is noted Defendants named as Boulder County Public Trustee and Colin Zimmerman, corporate capacity as deputy trustee and individually, were served and have failed to file an Answer or otherwise respond to the Second Amended Complaint [Docket No. 20, filed June 19, 2013].

**It is ORDERED:**   Plaintiff shall have up to and including **OCTOBER 24, 2013** in which to file a motion for entry of default as to Defendants named as Boulder County Public Trustee and Colin Zimmerman, corporate capacity as deputy trustee and individually.

The Court raises the Order to Show Cause [Docket No. 59, filed August 14, 2013] for discussion.  Plaintiff makes an Oral Motion to Withdraw and Dismiss  the defendants named as JOHN AND JANE DOES 1-100.

**It is ORDERED:** The Plaintiff's ORAL MOTION TO WITHDRAW AND DISMISS DEFENDANTS JOHN AND JANE DOES 1-100 WITHOUT PREJUDICE is **GRANTED** for reasons as set forth on the record.  Therefore, Defendants JOHN AND JANE DOES 1-100 are DISMISSED WITHOUT PREJUDICE.

**It is ORDERED:** The ORDER TO SHOW CAUSE [Docket No. **59**, filed August 14, 2013] is deemed moot and is vacated.

Oral argument by all parties present is heard on Plaintiffs' [sic] Renewed Motion to Stay all Proceedings.  Findings by the Court.

**It is ORDERED:** Plaintiffs' [sic] RENEWED MOTION TO STAY ALL PROCEEDINGS [Docket No. **72**, filed September 13, 2013] is **GRANTED IN PART AND  DENIED IN PART** for reasons as set forth on the record.

The motion is GRANTED in that the no Scheduling Conference shall be held and all discovery is STAYED  at this time.  The request to stay all proceedings is DENIED.
The Plaintiff shall file her written responses to the pending Motions to Dismiss.

**It is ORDERED:** Plaintiff shall file her written Response to Defendant Larry Castle's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No.  **62**, filed August 21, 2013] **on or before NOVEMBER 25, 2013.**

**It is ORDERED:** Plaintiff shall file her written Response to Defendant Husch Blackwell, LLP and Mark Bell's  Motion to Dismiss Plaintiff's Second Amended Verified  Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No.  **64**, filed August 27, 2013] **on or before  NOVEMBER 25, 2013.**

**It is ORDERED:** Plaintiff shall file her written Response to Defendant JPMorgan Chase Bank, N. A.'s   Motion to Dismiss Plaintiff's Second Amended Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No.  **66**, filed August 27, 2013] **on or before  NOVEMBER 25, 2013.**

**It is ORDERED:** Defendants shall have up to and including **DECEMBER 06, 2013** within which to file their  Replies.

Hearing concluded.    **Court in recess:**    3:40 p.m.    Total In-Court Time 01: 09
To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.