IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 NOV 25 AM 8:30
JEFFREY P. COLWELL
CLERK
BY _____ DEP. CLK

| | |
|---|---|
| NANCY M. MARESH<br>*PLAINTIFF*<br>V.<br>WASHINGTON MUTUAL BANK, F.A.; JPMORGAN CHASE BANK N.A.; THE HOPP LAW FIRM, LLC; ROBERT J. HOPP & ASSOCIATES, LLC; ROBERT J. HOPP, INDIVIDUALLY & CORPORATE CAPACITY; THE CASTLE LAW GROUP, LLC; LARRY CASTLE INDIVIDUALLY & CORPORATE CAPACITY; HUSCH BLACKWELL, LLP; MARK BELL, CORPORATE & INDIVIDUALLY; THE BOULDER COUNTY PUBLIC TRUSTEE; COLIN ZIMMERMAN, CORPORATE CAPACITY AS DEPUTY TRUSTEE & INDIVIDUALLY; JOHN AND JANE DOES 1-100.<br><br>*DEFENDANTS* | CIVIL ACTION # <u>13 CV 00829</u><br><br>SECOND AMENDED VERIFIED COMPLAINT<br><br>DEPRIVATION OF DUE PROCESS<br><br>CONSPIRACY<br><br>BREACH OF CONTRACT<br><br>THEFT BY DECEPTION<br><br>DECLARATORY RELIEF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

AND NOW, come the Plaintiff, and notice to the Court and all parties of the voluntary dismissal of the captioned-matter, without prejudice, pursuant to Federal Rule Civil Procedure 41(a).

Respectfully submitted,

/s/ Nancy M. Maresh
Nancy M. Maresh
PO Box 18207
Boulder, Colorado 80308

Dated: November 25, 2013

# CERTIFICATE OF SERVICE

I, Nancy M. Maresh, certify under penalty of perjury that I have served this Notice of Voluntary Dismissal by Hand Delivery on November 25, 2013 to:

Alfred A. Arraj Courthouse
901 19th St.
Denver, Co 80294

Plaintiff further certifies that all Defendants who are registered have been served by the Court's electronic filing system on November 25, 2013.

/s/ Nancy M. Maresh
Nancy M. Maresh
PO Box 18207
Boulder, Colorado 80308

Dated: November 25, 2013